**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1941**

WILLIAM A. TACCINO,

                                     Plaintiff - Appellant,

       versus

NATIONAL RURAL LETTER CARRIERS ASSOCIATION,

                                     Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-03-2373-1-JFM)

Submitted: January 23, 2006       Decided: February 10, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William A. Taccino, Appellant Pro Se. Michael J. Gan, PEER & GAN, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Taccino appeals the district court's order granting summary judgment to Defendant in this civil action alleging breach of the duty of fair representation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Taccino v. National Rural Letter Carriers Assoc.</u>, No. CA-03-2373-1-JFM (D. Md. July 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>